IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Brian Keith Nesbitt,                    )    C/A No. 0:14-3510-RMG
                                        )
                    Plaintiff,          )
                                        )
v.                                      )         **ORDER**
                                        )
Cap. Jenet Glen; James Parris; Gary Lane; Tim )
Riley; Karen McMorris,                  )
                                        )
                    Defendants.         )
                                        )
_____        )

   Plaintiff, a state prisoner proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983.

On September 5, 2014, the court issued an order allowing Plaintiff an opportunity to submit the

documents necessary to bring the case into proper form for evaluation and possible service of process.

ECF No. 5. The order warned Plaintiff that failure to provide the necessary information within a

specific time period would subject the case to dismissal. Plaintiff did not respond to the order and the

time for response has lapsed. As Plaintiff has failed to prosecute this case and has failed to comply

with an order of this court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal

Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

   **IT IS SO ORDERED**.

November 19, 2014
Charleston, South Carolina

Richard M. Gergel
United States District Judge

### NOTICE OF RIGHT TO APPEAL

   The parties are hereby notified of the right to appeal this order within the time period set forth

under Rules 3 and 4 of the Federal Rules of Appellate Procedure.