AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Brian Keith Nesbitt, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  0:14-cv-03510-RMG-PJG |
| Cap. Jenet Glen; Gary Lane; Tim Riley; Karen McMorris; and James Parris, | ) ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Brian Keith Nesbitt, shall take nothing of the defendants, Cap. Jenet Glen, Gary Lane, Tim Riley, Karen McMorris, and James Parris, as to the complaint filed and this action is dismissed without prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, which dismissed the action without prejudice.

Date:   November 20, 2014                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/G. Mills
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*